

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| ANTHONY G. BUZBEE, AND THE BUZBEE LAW FIRM, | § | No. 08-20-00138-CV |
|  | § | Appeal from the |
| Appellants, | § | 41st District Court |
| v. | § | of El Paso County, Texas |
| ROBERTO CANALES, M.D. AND ROBERTO CANALES, M.D. P.A., | § | (TC# 2020DCV0691) |
|  | § |  |
| Appellees. |  |  |

# **O R D E R**

The Court GRANTS the Appellants' second motion for extension of time within which to file the reply brief until January 29, 2021. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANTS' REPLY BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ordered that Hon. Mark C. Walker, Appellants' attorney, prepare the Appellants' Reply Brief and forward the same to this Court on or before January 29, 2021.

IT IS SO ORDERED this 22nd day of January, 2020.


PER CURIAM


Before Rodriguez, C.J., Palafox and Alley, JJ.

1